IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAR,

        Plaintiff,                No. CIV S-03-0891 GGH PS

    vs.

JOHN E. POTTER,

        Defendant.            <u>ORDER</u>

_____/

        Presently before the court are plaintiff's request for appointment of counsel, filed October 18, 2005, defendant's request for status conference, filed October 31, 2005, plaintiff's amended complaint, filed October 31, 2005, and defendant's motion to strike the amended complaint, filed November 14, 2005, and noticed for hearing on January 19, 2006.  The court will take up all pending matters at the January 19, 2006 hearing.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff shall file a response to defendant's motion to strike by December 30, 2005.

/////

/////

/////

1

1       2.  All pending matters will be addressed at the January 19, 2006 hearing.

DATED: 11/29/05

/s/ Gregory G. Hollows

_____

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
olivar0891.den.wpd