McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2723

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE OLIVAR | ) | 2:03-CV-0891 GGH |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION FOR |
| | ) | ORDER SHORTENING TIME TO MOVE |
| v. | ) | FOR ORDER ALLOWING SECOND |
| | ) | DEPOSITION OF PLAINTIFF |
| | ) | **AND ORDER THEREON** |
| JOHN E. POTTER, Postmaster General | ) | |
| | ) | Date:    TBA |
| Defendant. | ) | Time:    TBA |
| _____ | ) | Courtroom: 24 |

   Pursuant to Local Rule 6-144(e) defendant applies <u>ex parte</u> for an order shortening time to hear defendant's Motion for Order Allowing Second Deposition of Plaintiff.

   This application is based on the declaration of Assistant U.S. Attorney Kristin S. Door filed herewith.


DATED: <u>June 1, 2006</u>            McGREGOR W. SCOTT
                                     United States Attorney

                              By:   <u>/s/ Kristin S. Door</u>
                                     KRISTIN S. DOOR
                                     Assistant U.S. Attorney

1

**ORDER**

Good cause having been shown, defendant's "Motion for Leave of Court Allowing Second Deposition of Plaintiff" shall be heard on shortened time.  Defendant's motion will be heard on Thursday, June 22, 2006 at 10:00 a.m. Plaintiff's opposition, if any, shall be filed on or before June 15, 2006.  Defendant's reply, if any, shall be filed on or before June 19, 2006.

IT IS SO ORDERED.

Dated: 6/2/06                              /s/ Gregory G. Hollows
                                           _____
                                           GREGORY G. HOLLOWS
                                           United States Magistrate Judge

olivar.ord