IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAR,

     Plaintiff,                        CIV S-03-0891 GGH PS

    vs.

JOHN E. POTTER,

     Defendant.                    <u>ORDER</u>

_____/

        On June 26, 2006, this court issued an order which in part modified previous scheduling orders. On that date, defendant filed "objections" which this court construes as a motion for reconsideration. Defendant requests that the schedule be modified to extend the time for filing dispositive motions which had not been addressed in the order. The order directed that all discovery be completed by August 24, 2006, with motions heard by August 10, 2006. The Final Pretrial Conference was set for October 30, 2006, at 9:00 a.m. Jury trial was set for November 27, 2006 at 9:00 a.m. The August 10 cutoff was set for *discovery* motions to be heard. The court neglected to extend the date for dispositive motions. Therefore, defendant's request is granted.

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that in addition to the modifications set forth in
2  the June 26, 2006 order, the deadline for hearing dispositive motions is September 21, 2006.
3  DATED:  6/28/06

/s/ Gregory G. Hollows
_____

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
olivar0891.,mod.wpd