IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAR,

     Plaintiff,              CIV S-03-0891 GGH PS

  vs.

JOHN E. POTTER,

     Defendant.           <u>ORDER</u>

_____/

      On September 23, 2008, plaintiff filed a letter requesting a lawyer and that his case be reopened. This civil rights action was closed on December 26, 2006. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure.[1] Therefore, this document will be placed in the file and disregarded.

      IT IS SO ORDERED.

DATED: 10/08/08                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Olivar891.58.wpd

---

[1] Even if considered a defectively brought Fed. R. Civ. P. 60(b) motion, the undersigned would deny it.

1