IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAR,

    Plaintiff,      No. CIV S-03-0891 GGH PS

  vs.

JOHN E. POTTER,

<u>ORDER</u>

    Defendant.

_____/

JESSE OLIVAR,

    Plaintiff,      No. MISC S-04-0379 LKK KJM PS

  vs.

JOHN E. POTTER,

<u>ORDER</u>

    Defendant.

_____/

JESSE OLIVAR,

    Plaintiff,      No. CIV S-05-0022 MCE KJM PS

1

| | |
|---|---|
| vs. | |
| JOHN E. POTTER, | ORDER |
| Defendant. | |
| _____/ | |
| JESSE OLIVAR, | |
| Plaintiff, | No. CIV S-09-0091 JAM DAD PS |
| vs. | |
| JOHN E. POTTER, | ORDER |
| Defendant. | |
| _____/ | |

Examination of the above-entitled actions reveals that assignment of the matters to the same magistrate judge is not likely to effect a substantial saving of judicial effort. See Local Rule 83-123(a). The court therefore declines to relate these actions and reassign them to the same magistrate judge.

IT IS SO ORDERED.

DATED: May 28, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076/Olivar891.rel.wpd